

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Scotti Campbell and          * Original Mandamus Proceeding
Diana Campbell,

No. 11-25-00040-CV                 * August 7, 2025

                                   * Opinion by Bailey, C.J.
                                     (Panel consists of: Bailey, C.J.,
                                     Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be conditionally granted. The trial court is directed to vacate its order denying the motion to transfer venue and render an order in which it grants Scotti Campbell's and Diane Campbell's motion to transfer venue. A writ of mandamus will issue only if Judge Britton fails to act by August 22, 2025.